UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Criminal No. 06-10374 |
| | * | |
| | * | |
| MONDHER TABOUBI | * | |

ORDER

February 25, 2008

TAURO, J.

After a Hearing held on February 25, 2008, this court hereby orders that:

1. Defendant's Motion for Return of Property/PreTrial [#28] is DENIED WITHOUT PREJUDICE.

2. Counsel for Defendant's Motion to Withdraw as Attorney [#40] is ALLOWED.

3. New counsel shall be appointed to Defendant.

4. The decision on Defendant's Motion to Withdraw Plea and for Trial [#37] is DEFERRED pending Defendant's consultation with his new counsel.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge